UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:06 cr 5-V |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| JAMES TALMAD BENFIELD | ) | |

Leave of Court is hereby granted for good cause shown for the dismissal of the Bill of Indictment in the above-captioned case, with prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshal Service and the United States Attorney's Office.

This 27th day of April, 2006.

_____
HONORABLE RICHARD L. VOORHEES
CHIEF UNITED STATES DISTRICT JUDGE